IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| STEVEN J. RUBENSTEIN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:19-cv-189 |
| | ) | |
| v. | ) | Judge Mattice |
| | ) | |
| THE UNIVERSITY OF TENNESSEE, | ) | Magistrate Judge Lee |
| et al. | ) | |
| | ) | |
| *Defendants.* | ) | |

### THE UNIVERSITY OF TENNESSEE'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The University of Tennessee respectfully moves this Court to dismiss this action on the grounds that the Complaint fails to state a claim upon which relief can be granted. The Complaint fails to comply with Federal Rule of Civil Procedure 8(a), in that it does not contain a short and plain statement of the claim, much less present any facts or claim in a manner in which the University could answer or prepare to defend.

The legal grounds for this motion are more fully set forth in the supporting memorandum of law filed with the motion.

Respectfully submitted this 19th day of July, 2019.

                              */s/ Rachel K. Powell*

                              Rachel K. Powell, BPR #30467
                              Assistant General Counsel
                              The University of Tennessee
                              719 Andy Holt Tower
                              Knoxville, TN 37996-0170
                              Phone: (865) 974-3245
                              Fax: (865) 974-0100
                              Email: rpowell@tennessee.edu

                              Attorney for The University of Tennessee

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The parties listed below will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

        Steven J. Rubenstein, Plaintiff *pro se*
        502 River Street
        Chattanooga, TN 37405


                              */s/ Rachel K. Powell*
                              Rachel K. Powell