UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Steven J. Rubenstein, pro se

    Plaintiff,

v.

                                Case No. 1:19-cv-189

University of Tennessee, et al.

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **Steven Salky and American Academy of Actuaries**, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Colorado, District of Columbia

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/18/2019

                              */s/ Dermot Lynch*
                            (Signature--hand signed)

Name: Dermot Lynch

Firm: Zuckerman Spaeder

Address:

    1800 M Street NW, Suite 1000, Washington, DC 20036-5807

Email address: dlynch@zuckerman.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, a copy of the foregoing was filed electronically. Notice of the filing will be sent to parties by operation of the Court's electronic filing system. In addition, I served a true and correct copy of this motion by regular U.S. mail as listed below.

>Steven J. Rubenstein, Plaintiff *pro se*
>502 River Street
>Chattanooga, TN 37405
>
>Brian A. Lapps, Jr., Deputy General Counsel
>Rachel K. Powell, Assistant General Counsel
>The University of Tennessee
>719 Andy Holt Tower
>Knoxville, TN 37996-0170
>*Counsel for the University of Tennessee*

>/s/Dermot Lynch
>*Counsel for American Academy of Actuaries*

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## DERMOT W. LYNCH

was, on the __5th__ day of __February__ A.D. __2018__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __19th__ day of __August__ A.D. __2019__.



**ANGELA D. CAESAR, CLERK**

By: _____

**Public Operations Administrator**